## E. A. WIREMAN

v.

## W. F. CREAGER, Taulbee Bowen, Ernest Kinser and Will Ewen.

Court of Appeals of Kentucky.

Jan. 15, 1954.

Rehearing Denied Feb. 26, 1954.

Redwine & Redwine, Winchester, John L. Cox, Stanton, for appellant.

M. E. Strange, Stanton, and D. L. Pendleton, Jr., Winchester, for appellees.

### PER CURIAM.

A plea of res judicata was sustained as a defense to appellant's suit for $1,250 damages on an injunction bond. Having considered the ground of reversal urged by appellant and the authorities cited by the parties, it is our opinion that the defense asserted constituted a bar to the action.

The judgment is affirmed.